Lisa M. Carvalho (SBN 161420)
Email: lcarvalho@reedsmith.com
Renee C. Feldman (SBN 253877)
Email: RFeldman@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WRIGHT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A. and DOES 1-100, inclusive,<br><br>　　　　Defendants. | No.: 3:10-cv-03115-JL<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER CONTINUING HEARING ON**<br>**DEFENDANT'S MOTION TO DISMISS** |

　　　　Whereas, the hearing on Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint is set before this Court on Wednesday, September 15, 2010 at 9:30 a.m. [Docket Numbers 7-10],

　　　　Whereas Defendant wishes to preserve the original filing date of its Motion to Dismiss,

　　　　Whereas, Plaintiff and Defendant wish to continue the hearing date, and remaining briefing schedule, in order to engage in settlement discussions,

– 1 –

US_ACTIVE-104354590.1

STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON MOTION TO DISMISS

IT IS HEREBY STIPULATED that an order may be entered continuing the hearing on the Motion to Dismiss from September 15, 2010 to October 13, 2010 at 9:30 a.m. The schedule regarding the remaining briefing shall run from the continued hearing date.

DATED: August 18, 2010.    LE CLERC & LE CLERC, LLP

By   */s/ Christopher LeClerc*
    Christopher R. LeClerc
    Attorneys for Plaintiff
    Todd Wright

DATED: August 18, 2010.    REED SMITH LLP

By   */s/ Lisa Carvalho*
    Lisa M. Carvalho
    Renee Feldman
    Attorneys for Defendant
    Wells Fargo Bank, N.A.

IT IS SO ORDERED.

DATED: August 23, 2010    _____
    Hon. James Larson
    U.S. District Court Magistrate Judge

US_ACTIVE-104354590.1
STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON MOTION TO DISMISS