Lisa M. Carvalho (SBN 161420)
Email: lcarvalho@reedsmith.com
Renee C. Feldman (SBN 253877)
Email: RFeldman@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WRIGHT,<br><br>           Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A. and DOES 1-100, inclusive,<br><br>           Defendants. | No.: 3:10-cv-03115-JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Whereas, the hearing on Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint is set before this Court on Wednesday, October 13, 2010 at 9:30 a.m. [Original Motion to Dismiss at Docket Numbers 7-10, Order Continuing Motion to Dismiss at Docket Number 15],

Whereas, Defendant wishes to preserve the original filing date of its Motion to Dismiss,

Whereas, Plaintiff and Defendant wish to continue the hearing date, and remaining briefing schedule, in order to continue engaging in settlement discussions,

IT IS HEREBY STIPULATED that an order may be entered continuing the hearing on the Motion to Dismiss from October 13, 2010 to November 10, 2010 at 9:30 a.m. The schedule regarding the remaining briefing shall run from the continued hearing date.

DATED: September 21, 2010.   LE CLERC & LE CLERC, LLP

By  */s/ Christopher LeClerc*
    Christopher R. LeClerc
    Attorneys for Plaintiff
    Todd Wright

DATED: September 21, 2010.   REED SMITH LLP

By  */s/ Lisa Carvalho*
    Lisa M. Carvalho
    Renee Feldman
    Attorneys for Defendant
    Wells Fargo Bank, N.A.

IT IS SO ORDERED.

DATED: September 22, 2010   _____
Hon. James Larson
U.S. District Court Magistrate Judge