1  Lisa M. Carvalho (SBN 161420)
   Email:  lcarvalho@reedsmith.com
2  Renee C. Feldman (SBN 253877)
   Email:  RFeldman@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
   Telephone:    +1 415 543 8700
5  Facsimile:    +1 415 391 8269

6  Attorneys for Defendant
   Wells Fargo Bank, N.A.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  TODD WRIGHT,                      No.: 3:10-cv-03115-JL

11              Plaintiff,            **STIPULATION AND [~~PROPOSED~~]
                                      ORDER CONTINUING INITIAL CASE
12      vs.                           MANAGEMENT CONFERENCE AND
                                      RELATED DEADLINES**
13  WELLS FARGO BANK, N.A. and DOES 1-100,
    inclusive,
14
                Defendants.
15

16

17      Whereas, the Initial Case Management Conference is scheduled before this Court on

18  Wednesday, October 27, 2010 at 10:30 a.m., and

19

20      Whereas, the hearing on Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's

21  Complaint is set before this Court on Wednesday, November 10, 2010 at 9:30 a.m., and

22

23      Whereas, Plaintiff and Defendant wish to have the Court continue the Initial Case

24  Management Conference to the same day as the hearing on Defendant's Motion to Dismiss in the

25  interests of efficiency and in order to allow the parties to continue engaging in settlement

26  discussions,

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1   Now, therefore, IT IS HEREBY STIPULATED that an Order may be entered continuing the

2   Initial Case Management Conference for two weeks, from October 27, 2010, to November 10, 2010,

3   following the Court's Law & Motion calendar (including the hearing on Defendant's Motion to

4   Dismiss) or as otherwise may be scheduled by the Court. As reflected in the Court's Order Setting

5   Initial Case Management Conference and ADR Deadlines, all deadlines related to or keyed off of the

6   date scheduled for the Initial Case Management Conference also are continued by two weeks.

7

8   DATED: October 5, 2010.             LE CLERC & LE CLERC, LLP

9

10                                      By     /s/ Christopher LeClerc
                                            Christopher R. LeClerc
11                                          Attorneys for Plaintiff
                                            Todd Wright
12

13  DATED: October 5, 2010.             REED SMITH LLP

14                                      By     /s/ Lisa Carvalho
                                            Lisa M. Carvalho
15                                          Renee Feldman
                                            Attorneys for Defendant
16                                          Wells Fargo Bank, N.A.

17

18          IT IS SO ORDERED.

19

20  DATED: October 7___, 2010          _____
                                        Hon. James Larson
21                                      U.S. District Court Magistrate Judge

22

23

24

25

26

27

28

US_ACTIVE-104647887

STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE