Christopher R. LeClerc, Esq. (SB# 233479)
**LE CLERC & LE CLERC, LLP**
12 Geary Street, Ste. 205
San Francisco, CA 94108
Telephone: (415) 445-0900
Fax: (415) 445-9977
Email: chris@leclerclaw.com

Attorneys for Plaintiff
TODD WRIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WRIGHT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, National Association; and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: CV-10-3115-JL <br><br> **NOTICE OF CONDITIONAL SETTLEMENT; STIPULATION; AND [PROPOSED] ORDER STAYING ACTION FOR SIXTY DAYS** <br><br> Honorable James Larson |

*Whereas*, the parties to this action, Plaintiff Todd Wright and Defendant Wells Fargo Bank, N.A. have reached a settlement in principle;

*Whereas,* the parties are in the process of reducing the agreement to writing;

*Whereas*, the parties wish to maintain the status quo while reducing the settlement to writing;

*Whereas*, the parties do not wish to waste their own or the Court's resources continuing to litigate this action while the settlement in principle is reduced to writing;

*Whereas*, neither party wants to be prejudiced in the event that the settlement in principle is not, for any reason, reduced to a binding written instrument;

IT IS HEREBY STIPULATED by the parties that the Court may enter an Order staying the action in its entirety for a period of sixty calendar days from the date of entry of this Stipulation and Order.  In the event that the settlement is not reduced to writing, the parties will jointly request the Court calendar a date for the pending Motion to Dismiss, to which all related deadlines will attach, as well as a case management conference.

 The Motion to Dismiss hearing scheduled for November 10, 2010 is VACATED.

DATED: October 18, 2010.                    LE CLERC & LE CLERC, LLP

                                            By     */s/ Christopher LeClerc*
                                                Christopher R. LeClerc
                                                Attorneys for Plaintiff
                                                Todd Wright

DATED: October 18, 2010.                    REED SMITH LLP

                                            By     */s/ Lisa Carvalho*
                                                Lisa M. Carvalho
                                                Renee Feldman
                                                Attorneys for Defendant
                                                Wells Fargo Bank, N.A.

        IT IS SO ORDERED.

DATED: October  19 , 2010                   _____
                                            Hon. James Larson
                                            U.S. District Court Magistrate Judge